M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUL 24 A 9: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert Taylor
Full name and prison name of
Plaintiff(s)

v.

FBI (montgomery)

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

2:07CV671-WKW

CIVIL ACTION NO. 07-00289-CG-B
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☒   NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) Robert Taylor

   Defendant(s) Sidney William (2:07-cv-512-mef wo)

2. Court (if federal court, name the district; if state court, name the county) Middle District of Alabama Northern Division

3. Docket number 2:07-CV-512-MEF (WO)
4. Name of judge to whom case was assigned Judge Black
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Still pending
6. Approximate date of filing lawsuit 6/13/07
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Fountain Correctional center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
Fountain Correctional Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. FBI (Montgomery) | Montgomery Ala.
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Feb 8, 2006  7:55 pm

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Federal government is stealing my prison records.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I asked for my FBI records but the FBI Refused to give them to me.

GROUND TWO: They put a tracking device in me.

SUPPORTING FACTS: This tracking device is causing me great pain.

GROUND THREE: Their doing a military Background check on you.

SUPPORTING FACTS: It's causing me to not make parole and I've never been to the military in my life.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the court to reward me $80,000.00 for damages to my records, and pain and sufferings

X Robert Taylor
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/21/07
(Date)

X Robert Taylor
Signature of plaintiff(s)

Robert Taylor (130155-I-92A)
Fountain Correctional Center
Fountain 3800
Atmore, AL 36503

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711