IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, #130155, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv671-WKW |
| | ) |
| FBI (MONTGOMERY), | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. That the Recommendation of the Magistrate Judge (Doc. #4) is ADOPTED; and

2. That the Plaintiff's complaint is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i), (iii).

An appropriate judgment will be entered.

Done this 22nd day of August, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE